IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 93-cr-00212-ZLW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ADRIAN ARNETT WILLIAMS,

 Defendant.

_____

ORDER
_____

  The matter before the Court is Defendant's Motion For Modification Of Reduction Of Sentence Pursuit [sic] to 18 U.S.C. 3582(C)(2) (Doc. No. 43).  Defendant was convicted pursuant to 21 U.S.C. §§ 841, 846, and 18 U.S.C. § 2 of 1) Conspiracy to Possess with Intent to Distribute and Distribution of More Than 5 Kilograms of Cocaine and More Than 50 Grams of Cocaine Base and 2) Possession with Intent to Distribute More Than 5 Kilograms of Cocaine and More Than 50 Grams of Cocaine Base; Aiding and Abetting.  Defendant was sentenced on January 3, 1994 to two concurrent life sentences.

  Defendant claims that pursuant to 18 U.S.C. § 3582(C)(2) and Amendments 706, 711, and 712 of the United States Sentencing Guidelines, he is entitled to a modification of sentence due to the retroactive 2-level reduction in base offense levels for crack

cocaine-related offenses.[1]  However, this reduction does not apply for offenses in which a defendant possessed more than 4.5 kilograms of cocaine base.[2]  The parties in this case stipulated that 7.286 kilograms of cocaine base was recovered. Therefore, the base offense level for this Defendant was not altered by the recent United States Sentencing Commission Amendments and Defendant is not eligible to have his sentence modified.  Accordingly, it is

ORDERED that Defendant's Motion For Modification Of Reduction Of Sentence Pursuit [sic] to 18 U.S.C. 3582(C)(2) (Doc. No. 43; Nov. 2, 2009) is denied.  It is

FURTHER ORDERED that Defendant's request for a court appointed attorney is denied.

DATED at Denver, Colorado this 30th day of November, 2009.

BY THE COURT:

*[signature: Zita Leeson Weinshienk]*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[1] *See* United States v. Rhodes, 549 F.3d 833 (10th Cir. 2008).

[2] *See* U.S.S.G. § 2D1.1(c)(1); U.S.S.G.App. C, Amend. 706 (2007).